**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRINI B. MALDONADO,

       Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION,

       Defendant(s).

2:13-CV-1292 JCM (NJK)

**ORDER**

Presently before the court is defendant U.S. Bank National Association's ("U.S. Bank") motion to amend an order. (Doc. # 20).

On February 6, 2014, the court granted U.S. Bank's motion to dismiss. (Doc. # 18). The order did not comment on the lis pendens which plaintiff had recorded against the subject property. As the action has concluded in U.S. Bank's favor, and the appeal deadline has passed, it is appropriate to expunge the lis pendens. *See, e.g., Nebab v. Bank of America*, 2011 WL 4862142, at *1 (D. Nev. Oct. 13, 2011).

. . .

. . .

. . .

. . .

. . .

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that U.S. Bank's motion (doc.
3 # 20) be, and the same hereby is, GRANTED. This order shall serve as a mandate releasing and
4 discharging the lis pendens recorded by Trini B. Maldonado against the property located at 2965
5 Juniper Hills Blvd. # 202, Las Vegas, Nevada, 89142.

6     DATED June 11, 2014.

                                                      **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -